# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
URS Energy & Construction Inc. )    ASBCA Nos.  60796, 60797, 60798
)                60799, 60800, 60801
Under Contract Nos.  FA8903-04-D-8680 )
FA3002-06-D-0001 )
W912ER-06-D-0006 )

APPEARANCE FOR THE APPELLANT:    Nicole J. Owren-Wiest, Esq.
Crowell & Moring LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Arthur M. Taylor, Esq.
Deputy Chief Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated:  3 May 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60796, 60797, 60798, 60799, 60800, 60801, Appeals of URS Energy & Construction Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals